

# In the Lockridge court At The Federal Court of Claims

2022 OCT 20 P 2: 59

| | |
|---|---|
| Chaney Sinclair Lockridge<br><br>United States of America<br><br>               Man; Claimant.<br><br>v.<br><br><br>CASE NO. 2022SC021077<br>MARY E. TRIGGIANO<br>GEORGE L. CHRISTENSON<br>JOHN BARRETT<br>EARNELL R. LUCAS<br><br><br>               Respondent. | No.<br>**22-C-1241**<br><br>Claim of Damages for the trespass:<br>**Administering Property without Right**<br>Trespass Pursuant to 42 U.S.C. 1983;<br>HUD-Purpose-42 U.S.C. 3531;<br>HUD-Due Process- 42 U.S.C.<br>1437d(k); Defamation- 28 U.S.C. 4101<br>Administrative Procedures Act (1946);<br>Privacy Act (1974; 2005); 5 U.S.C 552<br>Bill of Rights: Article(s) The First,<br>Fourth, Fifth<br>(verified) HEARING DEMANDED |

2022 OCT 20 P 2:53

### Claim for Restitution

The *Lockridge Court* presents Notice:

1. i, a man; Chaney Sinclair Lockridge; hereinafter Claimant; move this court to enter an order of restitution:

2. Man, woman or persons named **above as Respondent(s)** trespass upon my property under color of law;

3. The causal agent of trespass is Deprivation of Rights under color of law **Administering Property without right** resulting in removal of $1,500.00 of building materials and tools/invasion of privacy [Cf. First, Fourth, and Fifth Amendments of the United States Constitution];

4. The trespass did and does harm and injury to my rights to privacy, pursuit of happiness, acquire and protect property;

5. The trespass began 17, August 2022 and continues still today October 19, 2022;

6. Respondent(s) and their Agency(ies) have been given treble notice and opportunity to cure and are in default;

7. Claimant requires restitution for the initial and continual trespass upon Claimant(s) property;

8. Claimant wishes for the immediate restore of property or just compensation in equivalent;

i say all herein is true and will verify in open Court,

*[signature]*
By: Chaney Sinclair Lockridge 20 October 2022

The *Lockridge Court* presents Notice:

## Order

9. Chaney Sinclair Lockridge's property is restored and he is granted compensatory damages in the amount of $25,000,000.00 for the trespass.
10. Ejectment of all items referencing anything that could help create the presumption that any public agent can have access to my private property.

*Chaney-Sinclair: Lockridge*
Seal

The *Lockridge Court* presents

## General Factual Allegations

11. Let it be said, let it be done, and none may add to, nor take away from, what is decreed and expressed herein which renders silent that which is implied, assumed, or presumed [Cf. Expressum facit cessare tacitum. That which is expressed makes that which is implied to cease... Where a law sets down plainly its whole meaning the court is prevented from making it mean what the court pleases." Munro v. City of Albuquerque, 48 N.M. 306, 150 P.2d 733-4]

12. "The makers of our Constitution undertook to secure conditions favorable to the pursuit of happiness... They conferred, as against the Government, **the right to be let alone**— alone the most comprehensive of rights and the right most valued by civilized men. To protect that right, every unjustifiable intrusion by the government upon the privacy of the individual, whatever the means employed, must be deemed a violation of the Fourth Amendment." Olmstead v. U.S., 277 U.S. 438, 478 (1928) [Emphasis added]

13. At all times relevant to this case, there is no legal or lawful relationship between the parties.

14. At all times relevant to this case, i; man; **Claimant**; is peaceable exercising Claimant's God given, constitutionally protected rights to own, use, protect and dispose of private property (hereinafter Subject Property).

15. There is no record with any Federal or State or subdivision thereof that Subject Property is "in or within the state" of Wisconsin according to statutory definition of the term is defined at Wis. Stat. § 137.11(14)(14) "State" means a state of the United States, the District of Columbia, Puerto Rico, the U.S. Virgin Islands, or any territory or insular possession subject to the jurisdiction of the United States.

16. On the 17th day of August 2022 Claimant received notice stuck to door from Respondent Earnell R. Lucas office.

17. On the face the subject matter of the notice alleges to be "Dispossessory Affidavit" (hereinafter instrument).

18. Although the instrument purports to be a process to restore possession it is being used to theft the Subject Property.
19. The elements of a lawfully sufficient instrument are deficient.
20. The deficiencies make the instrument unenforceable against Claimant.
21. Claimant noticed Respondent(s) of the deficiency.
22. As administrators of the law that took oath to uphold the Constitution of the United States and of the State of Wisconsin, Respondent(s) know or should have known of the legal deficiency on the face of the document.
23. Respondent(s) Mary E. Triggiano, George L. Christenson, John Barrett, Earnell R. Lucas deal with these types of instruments every day while accepting emoluments.
24. Respondents' actions are forbidden by law.
25. Mary E. Triggiano, George L. Christenson, John Barrett, Earnell R. Lucas's actions are not within their job description.
26. Respondents' actions are an unconstitutional exercise of Congress' power under the Commerce Clause of the United States Constitution.
27. Respondents' actions constitute an unlawful taking that causes Claimant damages.
28. On the 17th day of August 2022 Respondent(s) John Barrett and George L. Christenson placed Claimant(s) private information on the public record.
29. On the 23rd day of August 2022 Respondent(s) Earnell R. Lucas initiated forcible entry proceedings removing security doors and locks
30. On the 23rd day of August 2022 Respondent(s) Earnell R. Lucas initiated forcible entry proceedings and entering into Claimant(s) private property without a warrant.
31. Respondent(s) improper training is the cause of Claimant's Constitutional deprivations, and the deprivation of Claimant's privileges and immunities secured by the Constitutions and the laws of the state of Wisconsin and the United States of America.
32. Respondent(s) acting in their official capacity as Public Servants, violated Claimant's well-established right to peaceably "acquire, possess, and protect" property, to the exclusion of all

others, secured by Wisconsin Constitution Article 1 sec. 1 "Property" is more than just the physical thing the land, the bricks, the mortar it is also the sum of all rights and powers incident to ownership of the physical thing. It is the tangible and the intangible. Property is composed of constituent elements and of these elements **the right to use the physical thing to the exclusion of others** is the most essential and beneficial. **Without this right all other elements would be of little value."** Hickman v. Commissioner, 195 U.S. 3301, 336 (1984)

33. Claimant's investigation and research has failed to locate and/or uncover any adequate evidence of a procedure based in law or the clearly established laws of Wisconsin, enacted by the legislature of the state of Wisconsin pursuant to the Constitution of Wisconsin, that authorizes a state governmental entity and/or a state government employee to collect and/or take money and/or property from the People of Wisconsin, by way of a licensing fee, and a forced and warrantless property search/inspection, to fund the for profit municipal corporations and/or the political subdivisions of the state of Wisconsin.

34. Respondent(s), Mary E. Triggiano, George L. Christenson, John Barrett, Earnell R. Lucas signed an agreement to protect, defend, and uphold the United States Constitution.

35. Respondent(s) are operating against the congressional findings of 42 U.S.C. 3531, 42 U.S.C. 1437d(k).

36. Respondent(s) violate the legislative intent of the Fair Debt Collections Practice Act 15 U.S.C. 1692c(a) without express written consent it is a trespass by way of invasion of privacy.

37. Respondent(s) violate the protections of The First, Fourth and Fifth Amendments.

38. Respondent(s) interfere with my possessory rights by refusing to remove Claimants private property after receiving notice that the records are in error and need to be corrected; an automatic estoppel. [Cf. 5 U.S.C. 552(a)], no subject matter/personal/territorial jurisdiction

39. Respondent(s) violate the Privacy Act of 1974, 2005 Claimant has never given consent to contract.

**Cause of Action: Trespass [Cf. 42 U.S.C. 1983]**

40. Trespass [to land] involves thee "wrongful interference with one's possessory rights in [real] property" It is not necessary to prove that harm was suffered to bring a claim. The main element of the tort is "interference". To survive a claim of trespass the Wrongdoer must show proof of lawful rights by way of licensing, valid contract, receipt, superior possessory rights or lawful necessity.

<u>Proofs and Elements of Trespass:</u>

A. Claimant realleges and restates the foregoing jurisdictional and general factual allegations.

B. Respondent(s) interfere with my possessory rights by refusing to remove Claimants private property from the public record.

C. This trespass causes annoyance, mental and emotional stress, and anxiety because public agents use the false record to administer Claimants private property for public use without just compensation.

D. This trespass damages my right to peaceful enjoyment of subject property.

Wherefore Claimant moves this court to enter an order for money damages against Respondent(s) jointly and severally together with such further relief as the court may deem equitable and just under the circumstances.

**Cause of Action: Defamation [Cf. 28 U.S. Code § 4101(1)]**

41. The term "defamation" means any action or other proceeding for defamation, libel, slander, or similar claim alleging that forms of speech are false, have caused damage to reputation or emotional distress, have presented any person in a false light, or have resulted in criticism, dishonor, or condemnation of any person.

<u>Proofs and Elements of Defamation:</u>

A. Claimant(s) realleges and restates the foregoing jurisdictional and general factual allegations.

B. Respondent uttered and published a disparaging statement about the Claimant.

C. The statement was false.

D. The statement was published with legal malice.

E. Respondent(s) false statements cause harm and injury to reputation, enjoyment of title and emotional distress of Claimant(s).

Wherefore Claimant(s) moves this court to enter an order for money damages against Respondent(s) jointly and severally together with such further relief as the court may deem equitable and just under the circumstances.

**Cause of Action: Forgery**

42. The false making or the material altering of a document with the intent to defraud. A person is guilty of forgery if, with purpose to defraud or injure anyone, or with knowledge that he is facilitating a fraud or injury to be perpetrated by anyone, the actor: makes, completes, executes, authenticates, issues or transfers any writing so that it purports to be the act of another who did not authorize that act. Crimes includes both act of forging handwriting of another and act of uttering as true and genuine any forged writing knowing same to be forged with intent to prejudice, damage or defraud any person.

<u>Proofs and Elements of Forgery:</u>

A. Claimant(s) realleges and restates the foregoing jurisdictional and general factual allegations.
B. Respondent(s) used a false instrument purported to be a Dispossessory Affidavit.
C. Such an instrument is typically used by a lawful owner of property to invoke the legal powers of a court of competent jurisdiction.
D. The instrument is a nullity because it is not for the intent of what it alleges to be.
E. Respondent(s) intend to use this INSTRUMENT to defraud Claimant(s).

Wherefore Claimant(s) moves this court to enter an order for money damages against Respondent(s) jointly and severally together with such further relief as the court may deem equitable and just under the circumstances.

## Conclusion

43. Claimant clearly shows that the Respondent(s) act jointly and severally and violate their lawful obligation to the Federal Government as well as act unlawfully to willfully defraud the Claimant.

**JURISDICTION**

44. The nature of the claim is within the jurisdiction of this court because it is more than $20/Federal question. Claimant is a man that lives in the Kingdom of Heaven and Respondent(s) are Resident Persons of the STATE OF WISCONSIN.

**DEMAND FOR JURY TRIAL**

45. Clamant hereby demands a jury on any cause of action and claims with respect to which there is a right to a trial by jury of our peers.

**RELIEF REQUESTED**

46. Compensatory damages in the amount of $25,000,000.00 For the harm of this fiasco leading to anxiety and heart palpitations due to the mental stress caused by the harassing letters and threats. Claimant experiences deep depression due to anxiety. This contributed to several thousand dollars and thousands of hours and much financial stress for seeking counsel and various lawful defenses to their continuous harassment. Although no monetary value can erase passed stresses upon Claimant mental or physical health, it can at least alleviate the present ones caused by the Respondent(s) trespass. The Claimant is in emotional pain and damaged.

47. A permanent injunction directing and ordering Respondent(s) not to deposit unauthorized materials onto Plaintiff's land without her express consent or other valid authorization.

48. Ejectment of all documents referencing Claimant's private property from the public record.

49. An award of such further and additional lawful and equitable relief as the Court deems just and proper.

i say all herein is true and will verify in open Court.

*[signature]*
By: Chaney Sinclair Lockridge 20 October 2022

# CIVIL COVER SHEET

JS 44 (Rev. 04/21)

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

**I. (a) PLAINTIFFS** Chuney Sinclair Lockridge United States of America

**DEFENDANTS** George L. Christenson, John Barrett, Case No. 2022SC021077, Mary E. Triggiano, Earnell R. Lucas

**(b)** County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant MILWAUKEE
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [X] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [ ] 3 Federal Question *(U.S. Government Not a Party)*
- [ ] 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [X] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [X] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

**CONTRACT**: 110 Insurance; 120 Marine; 130 Miller Act; 140 Negotiable Instrument; 150 Recovery of Overpayment & Enforcement of Judgment; 151 Medicare Act; 152 Recovery of Defaulted Student Loans (Excludes Veterans); 153 Recovery of Overpayment of Veteran's Benefits; 160 Stockholders' Suits; 190 Other Contract; 195 Contract Product Liability; 196 Franchise

**REAL PROPERTY**: 210 Land Condemnation; 220 Foreclosure; 230 Rent Lease & Ejectment; 240 Torts to Land; 245 Tort Product Liability; 290 All Other Real Property

**TORTS — PERSONAL INJURY**: 310 Airplane; 315 Airplane Product Liability; 320 Assault, Libel & Slander; 330 Federal Employers' Liability; 340 Marine; 345 Marine Product Liability; 350 Motor Vehicle; 355 Motor Vehicle Product Liability; 360 Other Personal Injury; 362 Personal Injury - Medical Malpractice

**TORTS — PERSONAL INJURY**: 365 Personal Injury - Product Liability; 367 Health Care/Pharmaceutical Personal Injury Product Liability; 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**: 370 Other Fraud; 371 Truth in Lending; 380 Other Personal Property Damage; 385 Property Damage Product Liability

**CIVIL RIGHTS**: 440 Other Civil Rights; 441 Voting; 442 Employment; 443 Housing/Accommodations; 445 Amer. w/Disabilities - Employment; 446 Amer. w/Disabilities - Other; 448 Education

**PRISONER PETITIONS — Habeas Corpus**: 463 Alien Detainee; 510 Motions to Vacate Sentence; 530 General; 535 Death Penalty; **Other**: 540 Mandamus & Other; 550 Civil Rights; 555 Prison Condition; 560 Civil Detainee - Conditions of Confinement

**FORFEITURE/PENALTY**: 625 Drug Related Seizure of Property 21 USC 881; 690 Other

**LABOR**: 710 Fair Labor Standards Act; 720 Labor/Management Relations; 740 Railway Labor Act; 751 Family and Medical Leave Act; 790 Other Labor Litigation; 791 Employee Retirement Income Security Act

**IMMIGRATION**: 462 Naturalization Application; 465 Other Immigration Actions

**BANKRUPTCY**: 422 Appeal 28 USC 158; 423 Withdrawal 28 USC 157

**INTELLECTUAL PROPERTY RIGHTS**: 820 Copyrights; 830 Patent; 835 Patent - Abbreviated New Drug Application; 840 Trademark; 880 Defend Trade Secrets Act of 2016

**SOCIAL SECURITY**: 861 HIA (1395ff); 862 Black Lung (923); 863 DIWC/DIWW (405(g)); 864 SSID Title XVI; 865 RSI (405(g))

**FEDERAL TAX SUITS**: 870 Taxes (U.S. Plaintiff or Defendant); 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**: [X] 375 False Claims Act; 376 Qui Tam (31 USC 3729(a)); 400 State Reapportionment; 410 Antitrust; 430 Banks and Banking; 450 Commerce; 460 Deportation; 470 Racketeer Influenced and Corrupt Organizations; 480 Consumer Credit (15 USC 1681 or 1692); 485 Telephone Consumer Protection Act; 490 Cable/Sat TV; 850 Securities/Commodities/Exchange; 890 Other Statutory Actions; 891 Agricultural Acts; 893 Environmental Matters; 895 Freedom of Information Act; 896 Arbitration; 899 Administrative Procedure Act/Review or Appeal of Agency Decision; 950 Constitutionality of State Statutes

## V. ORIGIN *(Place an "X" in One Box Only)*

- [ ] 1 Original Proceeding
- [X] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
42 U.S.C. 1983

Brief description of cause: Administering Property without Right

## VII. REQUESTED IN COMPLAINT:

- [ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

**DEMAND $** 25,000,000.00

CHECK YES only if demanded in complaint:
**JURY DEMAND:** [X] Yes [ ] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____ DOCKET NUMBER _____

DATE _____ SIGNATURE OF ATTORNEY OF RECORD _____

FOR OFFICE USE ONLY