UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

CHANEY SINCLAIR LOCKRIDGE,

    Plaintiff,    **JDUGMENT IN A CIVIL CASE**

 v.          Case No. 22-cv-1241-pp

CASE NO. 2022SC021077, MARY E. TRIGGIANO,
GEORGE L. CHRISTENSON, JOHN BARRETT
and EARNELL R. LUCAS,

    Defendants.

---

☐ **Jury Verdict.** This case came before the court for a trial by jury. The parties have tried the issues, and the jury has rendered its verdict.

☑ **Decision by Court.** This case came before the court, the court has decided the issues, and the court has rendered a decision.

 **THE COURT ORDERS AND ADJUDGES** that the plaintiff's complaint is **DISMISSED**.

 **THE COURT ORDERS** that this case is **DISMISSED WITHOUT PREJUDICE**.

 Approved and dated in Milwaukee, Wisconsin this 30th day of December, 2022.

           **BY THE COURT:**

           _____
           **HON. PAMELA PEPPER**
           **Chief United States District Judge**

           GINA M. COLLETTI
           Clerk of Court

           s/ *Cary Biskupic*_____
           (by) Deputy Clerk